No. —, Original. WISCONSIN *v.* ILLINOIS. Motion for leave to file bill of complaint denied. *Massachusetts* v. *Missouri,* 308 U. S. 1. *John E. Martin,* Attorney General of Wisconsin, and *George I. Haight* for complainant. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for defendant.